IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:05-CR-00235-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| MALIK MONTREASE MOORE, | |
| Defendant. | |

Pursuant to the First Step Act of 2018 and upon Motion of Defendant **Malik Montrease Moore** for an Amended Judgment and reduction in sentence, the Court hereby orders that Defendant's term of imprisonment and commitment to custodial authorities is reduced to an aggregate sentence of **ONE HUNDRED EIGHTY-EIGHT (188)** months in prison**.** The Government consents to this reduction in Defendant's sentence. (Doc. No. 920).

The Court further **ORDERS** that the Defendant, upon release from imprisonment, shall be placed on supervised release for a term of eight (8) years on Count 1.

All other terms and conditions of Defendant's sentence remain in full force and effect.

**IT IS SO ORDERED.**

Signed: September 24, 2020

Kenneth D. Bell
United States District Judge